# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY A. POOL,<br><br>   Plaintiff(s),<br><br>v.<br><br>MACY'S RETAIL HOLDING LLC,<br><br>   Defendant(s). | Case No. 2:22-cv-00050-JCM-NJK<br><br>**Order** |

Pending before the Court is a motion to continue the scheduling conference. Docket No. 12. For good cause shown, that motion is **GRANTED** and the scheduling conference is **CONTINUED** to 11:30 a.m. on March 17, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: March 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1