# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY A. POOL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MACY'S RETAIL HOLDING LLC,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-00050-JCM-NJK<br><br>**Order** |

　　　　The CMECF information for attorney Eunice Beattie appears to be out-of-date. *Compare* Docket *with* Docket No. 12 at 1. Attorney Beattie must promptly update her information. *See* Local Rule IC 2-1(g).

　　　　IT IS SO ORDERED.

　　　　Dated: March 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1