# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY A. POOL,<br>      Plaintiff(s),<br>v.<br>MACY'S RETAIL HOLDINGS LLC, et al.,<br>      Defendant(s). | Case No. 2:22-cv-00050-JCM-NJK<br>**Order**<br>[Docket No. 59] |

Pending before the Court is a notice of site inspection filed by Plaintiff.  Docket No. 59. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court.  Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: October 26, 2022

                                                      Nancy J. Koppe<br>                                                    United States Magistrate Judge