**RESNICK & LOUIS, P.C.**
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
packer@rlattorneys.com
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No: 14168
mbeckstead@rlattorneys.com
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendant*
*Macy's Retail Holdings LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY A. POOL,<br><br>                    Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS LLC, a foreign limited liability company; BLUE CHIP 2000 COMMERCIAL CLEANING, INC., a foreign corporation; DOE EMPLOYEES I through X, inclusive; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00050-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant MACY'S RETAIL HOLDINGS, LLC, by and through its attorneys, PAUL A. ACKER, ESQ., and MATTHEW B. BECKSTEAD, ESQ., of the law firm RESNICK & LOUIS, P.C.; Plaintiff MARY POOL, by and through her attorneys, GEORGE T. BOCHANIS, ESQ., and EUNICE M. BEATTIE, ESQ., of the law firm GEORGE T. BOCHANIS, LTD.; and Defendant BLUE CHIP 2000 COMMERCIAL CLEANING, INC., by and through its attorneys, SCOTT R. COOK, ESQ., and DAVID T. BLAKE, ESQ., of the law firm WOLFE & WYMAN, LLP, that the above-captioned action and any and all claims asserted by Plaintiff in her Third Amended Complaint [ECF No. 48] against

1  Defendant MACY'S RETAIL HOLDINGS, LLC, and Defendant BLUE CHIP 2000
2  COMMERCIAL CLEANING, INC., in this action are hereby dismissed with prejudice. Each party
3  is to bear their own attorney fees, interest, and costs.
4      It is further stipulated between Defendant MACY'S RETAIL HOLDINGS, LLC, and
5  Defendant BLUE CHIP 2000 COMMERCIAL CLEANING, INC., that they each agree to forever
6  release, waive, forego and abandon any and all past, present, and future losses, damages, liability
7  or claims against each other that arise out of or relate to the September 18, 2019, incident described
8  in Plaintiff's Third Amended Complaint [ECF No. 48], including, but not limited to, claims and
9  crossclaims for contribution, indemnity, and/or equitable indemnity.
10     Pursuant to the foregoing Stipulation, the Motion for Determination of Good Faith
11 Settlement [ECF No. 73] filed by Defendant BLUE CHIP 2000 COMMERCIAL CLEANING,
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

4652609.1

INC. is moot and is hereby withdrawn.

Dated this  24th  day of August 2023

**RESNICK & LOUIS, P.C.**

 /s/ Matthew B. Beckstead

PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendant Macy's Retail Holdings LLC*

Dated this  24th  day of August 2023

**GEORGE T. BOCHANIS, LTD.**

 /s/ George T. Bochanis

GEORGE T. BOCHANIS, ESQ.
Nevada Bar No. 2262
EUNICE M. BEATTIE, ESQ.
Nevada Bar No. 10382
631 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Mary Pool*

Dated this 24th  day of August 2023

**WOLFE & WYMAN, LLP**

 /s/ David T. Blake

SCOTT R. COOK, ESQ.
Nevada Bar No. 5265
DAVID T. BLAKE, ESQ.
Nevada Bar No. 11059
6757 Spencer Street
Las Vegas, Nevada 89119
*Attorneys for Defendant Blue Chip Commercial Cleaning 2000, Inc.*

       **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

**DATED**: August 25, 2023

3

4652609.1